UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE      D'AMATO,      an
individual,

        Plaintiff,

v.                              Case No:  2:18-cv-430-FtM-29NPM

PALM  RIVER  MHP,  LLC,  a
Florida   corporation   and
RAYMOND      PERRINE,      an
individual,

        Defendants.

_____

## OPINION AND ORDER

This  matter  is  before  the  Court  on  consideration  of  the

Magistrate  Judge's  Report  and  Recommendation  (Doc.  #28),  filed

September 17, 2019, recommending that the Joint Motion to Approve

FLSA  Settlement  and  for  Dismissal  With  Prejudice  (Doc.  #27)  be

granted,  the  Settlement  Agreement  (Doc.  #27-1)  be  approved,  and

that  defendants  be  dismissed  with  prejudice.   No  objections  have

been  filed  and  the  time  to  do  so  has  expired.

After  conducting  a  careful  and  complete  review  of  the  findings

and  recommendations,  a  district  judge  may  accept,  reject  or  modify

the  magistrate  judge's  report  and  recommendation.   28  U.S.C.  §

636(b)(1);  Williams v. Wainwright,  681  F.2d  732  (11th  Cir.  1982),

cert. denied,  459  U.S.  1112  (1983).   In  the  absence  of  specific

objections,  there  is  no  requirement  that  a  district  judge  review

factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

The settlement includes a provision for plaintiff's attorney fees. The parties indicated that the fees were negotiated separately from the settlement terms. After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #28) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Joint Motion to Approve FLSA Settlement and for Dismissal With Prejudice (Doc. #27) is **granted** and the Settlement Agreement (Doc. #27-1) is approved as a fair and reasonable resolution of a bona fide dispute.

3.   The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this   8th   day of October, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Nicholas P. Mizell
United States Magistrate Judge

Counsel of Record
Unrepresented parties